Douglas G. Schneebeck
MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.
Post Office Box 2168
Albuquerque, NM  87103-2168
Telephone: 505.848.1800
        and
David J. Jordan (#1751)
Marc T. Rasich (#9279)
David J. Williams (#9186)
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  801.328.3131
*Attorneys for Defendant The Law Offices of*
*Bennett & DeLoney, P.C.*

FILED
U.S. DISTRICT COURT

2005 JUL 13  P 4: 10

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASHLEY WHITAKER, and all others similarly situated, | |
| Plaintiff, | **STIPULATED MOTION TO STAY AND VACATE SCHEDULING ORDER** |
| v. | Civil No. 2:04CV00168 TC-SA |
| THE LAW OFFICES OF BENNETT & DELONEY, P.C., a Utah Professional Corporation; MICHAEL BENNETT; and RICHARD H. DELONEY, | Judge Tena Campbell Magistrate Judge Samuel Alba |
| Defendants. | |

Plaintiff Ashley Whitaker and Defendants The Law Offices of Bennett & DeLoney, P.C.,

Michael Bennett, and Richard DeLoney, through their respective counsel, hereby stipulate and

jointly move the Court to stay this matter from July 7, 2005 through September 9, 2005, and

vacate the Court's May 14, 2004 Scheduling Order.  The parties have agreed to mediate the

claims in this case, and a stay of the litigation is necessary to allow the parties to focus on the

possible resolution of the matter.

Dated this 15th day of July, 2005.

STOEL RIVES LLP

_____
David J. Jordan
Marc T. Rasich
David J. Williams

and

MODRALL SPERLING ROEHL HARRIS &
SISK, P.A.
Douglas G. Schneebeck
Attorneys for The Law Offices of Bennett & DeLoney,
P.C.


WOOD CRAPO

_____
Mary Anne Q. Wood
Kathryn O. Balmforth
Attorneys for Defendants Michael Bennett and Richard H.
DeLoney


HOOLE & KING


_____
Lester Perry, Esq.
Attorneys for Plaintiff

claims in this case, and a stay of the litigation is necessary to allow the parties to focus on the possible resolution of the matter.

Dated this ___ day of July, 2005.

STOEL RIVES LLP

_____

David J. Jordan
Marc T. Rasich
David J. Williams

and

MODRALL SPERLING ROEHL HARRIS &
  SISK, P.A.
Douglas G. Schneebeck
Attorneys for The Law Offices of Bennett & DeLoney,
  P.C.

WOOD CRAPO

_____

Mary Anne Q. Wood
Kathryn O. Balmforth
Attorneys for Defendants Michael Bennett and Richard H.
  DeLoney

HOOLE & KING

_____

Lester Perry, Esq.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 13th day of July 2005, I caused a true and correct copy of the

**STIPULATED MOTION TO STAY AND VACATE SCHEDULING ORDER** be served

upon the following via US Mail, postage prepaid, to :

> Lester A. Perry
> Hoole & King, L.C.
> 4276 So. Highland Drive
> Salt Lake City, UT  84124
>
> Mary Ann Wood
> Kay O. Balmforth
> Wood Crapo, LLC
> 500 Eagle Gate Tower
> 60 East South Temple
> Salt Lake City, UT 84111